Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
JOSE DIAZ

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JOSE DIAZ,<br><br>         Plaintiff,<br><br>    v.<br><br>MERRICK BANK CORPORATION,<br><br>         Defendant. | Case No.: 2:16-cv-9039<br><br>**NOTICE OF SETTLEMENT** |

   NOW COMES Plaintiff, JOSE DIAZ, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached. The parties are in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

   Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATE: January 18, 2017           WESTGATE LAW

By:<u>/s/ Matthew A. Rosenthal</u>
     Matthew A. Rosenthal
     Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2017, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. A copy of said filing was transmitted by email to the following:

    Arjun Rao
    Stroock & Stroock & Lavan LLP
    2029 Century Park East
    Los Angeles, CA 90067

By:<u>/s/ Matthew A. Rosenthal</u>
     Matthew A. Rosenthal