**O**

# United States District Court
# Central District of California

| | |
|---|---|
| JOSE DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRICK BANK CORPORATION,<br><br>    Defendant. | Case No. 2:16-CV-9039-ODW(RAO)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///
///

1 In light of the Notice of Settlement (ECF No. 10), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by March 20, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

January 19, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**