Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
JOSE DIAZ

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JOSE DIAZ,<br><br>　　　　Plaintiff;<br><br>　　v.<br><br>MERRICK BANK CORPORATION;<br><br>　　　　Defendant. | Case No.: 2:16-cv-9039<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff, Jose Diaz, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this action as to himself in his individual capacity with prejudice.  Defendant Merrick Bank Corporation has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

|     |                                           |
| --- | ----------------------------------------- |
| 1   | RESPECTFULLY SUBMITTED,                   |
| 2   |                                           |
| 3   | DATE: February 9, 2017        WESTGATE LAW |

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2017, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which provided notice of said filing was transmitted by email to the following:

Arjun Rao
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
arao@stroock.com

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal